### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISON

| | | |
|---|---|---|
| ERIC L. JONES | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BARTON STAFFING SOLUTIONS, INC. | ) | |
| And RYDER SYSTEM, INC. | ) | |
| | ) | |
| Defendants. | ) | |

### COMPLAINT

### JURISDICTION AND VENUE

1.      This is a claim for relief under Title VII of the Civil Rights Act of 1964, Title 42 U.S.C. §2000e-3.  Jurisdiction is posited upon Title 28 U.S.C. §1343(4).

2.      Defendants are each an "employer" within the meaning of the Act.  The conduct complained of occurred within this judicial district at Morris, Illinois.

### ADMINISTRATIVE PROCEDURES

3.      On or about November 20, 2012, plaintiff filed a charge of discrimination against the employers with the Equal Employment Opportunity Commission.   On January 29, 2013, right-to-sue letters from the Equal Employment Opportunity Commission were issued on grounds that the Commission could not complete its investigation within 180 days.  This suit has been timely filed within 90 days of receipt of said right-to-sue letter.

## STATEMENT OF CLAIM

4.     On or about November 15, 2012 plaintiff was employed at RYDER SYSTEMS, INC. and BARTON STAFFING SOLUTIONS, INC. as a fork-lift truck driver at an hourly wage of $12.00 at or near 100 Prologis Parkway in Morris, Illinois.  Plaintiff's wages were paid by BARTON.

5.     Prior to said date, to wit, on or about November 4, 2012 at about 10:30 P.M. plaintiff had been approached by his supervisor, ALEX SPIKER (sic), who requested that plaintiff go to the bathroom to shake "Gino's" (a co-worker's) the penis.  Plaintiff politely declined and promptly reported the unlawful, inappropriate and offensive conduct to KIM MURPHY, the shift "B" supervisor for RYDER.  Ms. MURPHY stated that plaintiff should complain to his own supervisor (SPIKER), but plaintiff reiterated that SPIKER was the one he was complaining about.  MURPHY then directed plaintiff to complain directly to BARTON STAFFING.

5.     On or about November 5, 2012 at about 6:00 A.M. plaintiff filed a written report of the sexually offensive incident with "JUAN" the BARTON STAFFING recruiter.  On or about November 7, 2012 "JUAN" and JEFF BARTON convened a conference telephone call with plaintiff urging him not to file a charge of discrimination with the EEOC or Illinois Department of Human Rights because it "would be a blemish on RYDER and BARTON".  They then offered plaintiff another position as a janitor for $13.00 per hour.  Needing the income, plaintiff accepted the different position, but stated that he would not drop his case in consideration of taking the different position, as he preferred driving the fork-lift, as he had successfully done.

6.  On or about November 15, 2012 at about 10:30 a.m., plaintiff received a telephone call from "JUAN" and JEFF BARTON who informed him that, after speaking with "upper management at RYDER" they do not want him on their property and do not want plaintiff to work at RYDER.  He was then discharged and notified, "[t]urn in your badge."

7.      As a result of the foregoing tangible job action, plaintiff has been embarrassed ,

humiliated, inconvenienced and sustained economic harm.

## PRAYER FOR RELIEF

8.      Wherefore, plaintiff, ERIC L. JONES, asks the court to enter judgment in his

favor, and against the defendants, BARTON STAFFING SOLUTIONS, INC. and RYDER

SYSTEMS, INC., for all reasonable relief to which he may be entitled under 42 U.S.C. 1981a,

§2000e-5(g) and (k).


                             _____
ERNEST T. ROSSIELLO

ERNEST T. ROSSIELLO & ASSOCIATES, P.C.
134 North LaSalle Street, Suite 1760
Chicago, Illinois 60602-1005
Telephone:  (312) 346-8920
Telefax:  (312) 346-5988

Attorney for Plaintiff


**DOCUMENTS AND NOTICES WILL BE ACCEPTED ELECTRONICALLY AT**

**ETR@rossiellolaw.com.**

- 3 -